# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| Plaintiff, | |
| v. | No. 2:13-cr-00039 |
| MICHAEL J. SULLIVAN, <br> MICHAEL LOWRY, <br> ROBERT MULGREW, <br> WILLIE SINGLETARY, <br> THOMASINE TYNES, <br> MARK A. BRUNO, <br> WILLIAM HIRD, <br> HENRY P. ALFANO and <br> ROBERT MOY, | |
| Defendants. | |

## ORDER

**AND NOW,** this 1st day of July, 2013, upon consideration of Defendant, Michael J. Sullivan's ("Sullivan") Motion to Dismiss (Doc. No. 69), which has been joined in by Defendants Mulgrew, Lowry, Alfano, Moy, Singletary, Bruno[1], Hird (See Doc. Nos. 73, 76, 77, 78, 85, 88, 91), the Response in Opposition filed by the United States of America, the Replies filed thereto, and the oral arguments presented during a hearing conducted on June 24, 2013, it is hereby **ORDERED** that Sullivan's Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] The Court notes that Bruno's Motion to Dismiss will be addressed in accordance with the Scheduling Order dated March 28, 2013.